

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MILBERGER LANDSCAPING, INC., Appellant, | § § § | No. 08-23-00283-CV Appeal from the |
| v. | § § | Probate Court No. 1 |
| THE CITY OF SAN ANTONIO, ACTING BY and THROUGH THE SAN ANTONIO WATER SYSTEM Appellee. | § § § | of Bexar County, Texas (TC# 2020-ED-0021) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the order granting partial motion for summary judgment. We conclude that the trial court did not abuse its discretion in making the evidentiary rulings that it did, and based on the summary judgment record, the trial court correctly granted partial summary judgment for SAWS. The case is remanded for a trial on the proper amount of compensation for the taking. We further order that Appellees recover from Appellants all costs of this appeal they incurred, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF DECEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.